IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV545

| | |
|---|---|
| JACKLYN JAY MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DEBRA K. HURST, individually and ) | |
| in her official capacity as employee ) | |
| of the Government of the United ) | |
| States; GOLD COAST CREDIT ) | |
| UNION; and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's motion for reconsideration of the Order of Dismissal entered herein on May 19, 2009.

The Court has examined Plaintiff's motion for reconsideration and finds that Plaintiff has offered no legally cognizable arguments that would support setting aside the Order of Dismissal.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for reconsideration is **DENIED.**

2

Signed: June 11, 2009

Lacy H. Thornburg
United States District Judge